UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAHEIM ABDULLAH TRICE,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:18-cr-00192

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a four-count indictment. Counts 1-3 charge defendant with distribution of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and Count 4 charges defendant with possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841. Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on September 21, 2018, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of

detention regarding risk of flight, but has not rebutted the presumption of detention as to danger to the community.  The Court also finds, as explained on the record, that the government has proven by clear and convincing evidence that defendant poses a danger to the community.  Further, the Court finds that there is no condition or combination of conditions that will ensure the safety of the community.  Accordingly,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on September 21, 2018.


Date September 21, 2018                       /s/ Phillip J. Green
                                                               PHILLIP J. GREEN
                                                               United States Magistrate Judge